Same case below, 404 Fed. Appx. 209.

**No. 10-11291. Randolph Lee McNeill, Petitioner v. United States.**

565 U.S. 877, 132 S. Ct. 239, 181 L. Ed. 2d 136, 2011 U.S. LEXIS 6711.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 419 Fed. Appx. 427.

**No. 10-11292. Darnell Leroy Parrish, Petitioner v. Nevada.**

565 U.S. 877, 132 S. Ct. 239, 181 L. Ed. 2d 136, 2011 U.S. LEXIS 7014,

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 127 Nev. 1165, 373 P.3d 949.

**No. 10-11293. Juan Sanchez-Godoy, Petitioner v. United States.**

565 U.S. 877, 132 S. Ct. 239, 181 L. Ed. 2d 136, 2011 U.S. LEXIS 6507.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 420 Fed. Appx. 402.

**No. 10-11294. Isaac Ramos, Petitioner v. United States.**

565 U.S. 877, 132 S. Ct. 240, 181 L. Ed. 2d 136, 2011 U.S. LEXIS 6982.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 623 F.3d 672 and 397 Fed. Appx. 314.

**No. 10-11295. Ignacio Sandoval-Sianuqui, Petitioner v. United States.**

565 U.S. 877, 132 S. Ct. 240, 181 L. Ed. 2d 136, 2011 U.S. LEXIS 6732.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 632 F.3d 438.

**No. 10-11296. Darryl Glen Riley, Petitioner v. United States.**

565 U.S. 877, 132 S. Ct. 240, 181 L. Ed. 2d 136, 2011 U.S. LEXIS 6697.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 419 Fed. Appx. 308.

**No. 10-11297. Christine Chang, Petitioner v. Rockridge Manor Condominium, et al.**

565 U.S. 877, 132 S. Ct. 240, 181 L. Ed. 2d 136, 2011 U.S. LEXIS 6902.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-11298. Maria Caterina Rosenfeld, Petitioner v. James Hackett, et al.**

565 U.S. 877, 132 S. Ct. 240, 181 L. Ed. 2d 136, 2011 U.S. LEXIS 7097.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.